# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, <br><br> Plaintiff, <br> v. <br><br> Charlton Lebrone Yazzie (YOB 2004), <br><br> Defendant. | **ELECTRONIC CRIMINAL COMPLAINT** <br><br> Case Number: 23-4042 MJ CDB |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about February 26, 2023, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, CHARLTON LEBRONE YAZZIE, an Indian, did with malice aforethought, and by engaging in conduct described in 18 U.S.C. § 3591(a)(2), unlawfully kill John Doe, a child under the age of 18 years.

In violation of Title 18, United States Code, Sections 1153, 1111, and 3559(f).

### COUNT 2

On or about February 26, 2023, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, CHARLTON LEBRONE YAZZIE, an Indian, did with malice aforethought unlawfully kill C.Y.

In violation of Title 18, United States Code, Sections 1153 and 1111.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: AUSA Jillian Besancon

Brendan Morley, Special Agent, FBI
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed telephonically

February 27, 2023 at 6:35 pm     at     Flagstaff, Arizona
Date/Time                                                      City and State

HONORABLE CAMILLE D. BIBLES          **Camille D Bibles**    Digitally signed by Camille D Bibles
United States Magistrate Judge                                       Date: 2023.02.27 18:46:49 -07'00'
Name & Title of Judicial Officer                               Signature of Judicial Officer

## ELECTRONICALLY SUBMITTED STATEMENT OF PROBABLE CAUSE

I, Brendan Jonathon James Morley, being first duly sworn, hereby depose and state as follows:

### I. Introduction and Agent Background

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. Your affiant has been employed as an FBI SA since January 2019 and has received training at the FBI Training Academy in Quantico, Virginia as well as training in the investigation of murder and other violent crimes. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona.

2. In your affiant's capacity as an FBI SA, your affiant has investigated CHARLTON LEBRONE YAZZIE (YAZZIE) (YOB 2004), an Indian and enrolled member of the Navajo Indian Tribe, for acts committed within the confines of the Navajo Nation Indian Reservation in the District of Arizona. Specifically, the facts and circumstances of this investigation establish probable cause to believe that on or about February 26, 2023, YAZZIE committed Count 1: Murder of Child, in violation of 18 U.S.C. §§ 1153, 1111 and 3559(f); and Count 2: Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111.

3. The following information was developed by your affiant, other agents of the FBI, criminal investigators of the Navajo Department of Criminal Investigations (NDCI),

and other sworn law enforcement Officers in connection with the investigation into the death of four-year-old John Doe and his mother, C.Y. Because this affidavit is made for the purpose of demonstrating probable cause for the issuance of an arrest warrant, it does not purport to set forth all of your affiant's knowledge of this investigation. Unless otherwise noted, wherever your affiant states that a statement was made, the information was provided by a witness or law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your affiant has spoken or whose report your affiant has read. All statements related herein, whether by law enforcement officers or not, are related in substance and in part unless otherwise indicated.

## II. Probable Cause

### A. Initial Incident

4. On February 26, 2023, at approximately 8:26 AM, Navajo Police Department (NPD) dispatch received a call for a welfare check regarding two individuals possibly killed in the Round Rock, Arizona area, on the Navajo Nation. Information provided to NPD was that C.Y. (YOB 1989) and her son John Doe (YOB 2018) had been shot and killed and that family members were attempting to locate them, along with C.Y.'s vehicle (a 2016 black Chevrolet Silverado truck) missing from their residence. Information was provided that YAZZIE told someone he had killed C.Y. (his sister) and John Doe (his nephew).

5. NPD patrol officers responded to C.Y. and John Doe's residence in the area of Round Rock, and saw a bullet hole in the glass storm door located at the rear of the

residence, multiple 9mm spent shell casings, and a large area of red substance in the dirt consistent with the appearance of blood.

6. C.Y.'s mother gave NPD patrol officers consent to search the residence. No one was inside. NPD exited the residence and family members of C.Y. entered the residence and found a large pooled red substance on a child's bed and pillow. Family members exited the residence and notified NPD officers, who then re-entered the residence and confirmed the red substance on a child's bed and pillow. NPD exited the residence, secured it and notified Navajo Criminal Investigators (CIs) and FBI SAs.

7. Navajo CIs and FBI SAs responded to the scene for further investigation. C.Y.'s mother gave CIs and SAs consent to enter the residence. Investigators also found the pooled red substance consistent with the appearance of blood on a child's bed, and human flesh remains. A further search revealed three holes consistent with bullet holes found in a child's pillow amidst the red substance. Three spent bullet projectiles were found on the ground under the child's bed.

**B.    Interview of R.Y.**

8. On February 26, 2023, FBI SA Michael Carter interviewed R.Y., who is a brother of YAZZIE and C.Y. R.Y. was notified by his mother that she was looking for C.Y. and could not reach her. R.Y. began to try and find C.Y. R.Y. used Facebook messenger to reach out to D.D., who R.Y. knew to be an acquaintance of C.Y. R.Y. and D.D. spoke on the phone and R.Y. asked D.D. about C.Y.'s whereabouts. D.D. then contacted YAZZIE to see if he knew where C.Y. was. YAZZIE confided in D.D. that he

had killed C.Y. and John Doe and was on the run. D.D. reported this information to R.Y. who passed the information along to family, and ultimately NPD.

### C. Interview of N.B.

9. On February 27, 2023, SAs Tim Chan and Nick Mathis interviewed N.B., who is C.Y.'s partner and John Doe's father. N.B. stated he owned a 9mm pistol and that it was located in C.Y.'s residence. N.B. described the firearm as a Stoeger 9mm pistol and sent investigators a photo of the firearm. Although N.B. stated the firearm was in the residence, it was not located inside the residence by investigators.

### D. Interview of D.D.

10. D.D. was interviewed by SA Michael Carter on February 27, 2023 and provided information regarding a text message conversation with YAZZIE. D.D. provided a text message from YAZZIE that was received at approximately 4:56 AM on February 26, 2023 stating, "I'm sorry, I fucked up big time to where there's no return." The conversation continued and at approximately 7:22 PM on February 27, 2023, YAZZIE stated, "I fucked up, I'm on the run." YAZZIE further wrote, "not in a good place rn dude I really fucked up." Later in the conversation YAZZIE stated, "I fuking killed them" and "The gun dude."

### E. Arrest of YAZZIE in Moab, Utah

11. Investigators obtained YAZZIE and C.Y.'s cell phone numbers from family at the residence. Beginning on February 26, 2023, SA Morley contacted Verizon emergency services. Due to the nature of the investigation and the evidence, Verizon granted FBI emergency GPS pings on cell phone numbers for both YAZZIE and C.Y.

Results showed that C.Y.'s phone was turned off at approximately 11:54 PM on February 26, 2023, and the last real-time cell phone tower information indicated the phone was in the Moab, Utah area. YAZZIE's phone was on and showing pings indicating the device was also in the Moab, Utah area.

12.  SA Morley contacted Moab Police Department; Grand County, Utah Sheriff's deputies; and FBI Special Agents out of the Salt Lake City, Utah Division-Monticello RA, who conducted surveillance in the area of the GPS coordinates indicated by the Verizon data. C.Y.'s black Chevrolet Silverado truck was found at a motel in Moab, Utah. Plain clothes deputies from the Grand County Sheriff's Office spoke with staff at the motel and confirmed that YAZZIE was staying there. Staff provided information that YAZZIE used his Arizona ID card to rent a room and C.Y.'s debit card to pay for it.

13.  Local partners and FBI SAs conducted surveillance until YAZZIE exited a motel room on the morning of February 27, 2023. YAZZIE was taken into custody without incident at approximately 8:30 AM. A Stoeger 9mm pistol was found in YAZZIE'S waistband. Investigators in Utah took a photo of the firearm and sent it to investigators at the homicide scene, where it was determined to be the same make and model as N.B.'s missing firearm.

### F. Additional Investigation

14.  Agents on scene in Moab, Utah observed a large amount of a red substance, consistent with the appearance of blood, located on the tailgate of C.Y.'s truck. Investigators searched the truck and found a duffle bag containing clothes and gloves with

a red substance consistent with the appearance of blood. Investigators also found several firearms in the truck.

15.  Family later located the bodies of C.Y. and John Doe approximately one-half mile east of C.Y.'s residence in a ravine. Law enforcement responded to the scene. C.Y. was observed to have multiple gunshot wounds and appeared to have been decapitated. John Doe was observed to have three gunshot wounds to the head consistent with the evidence discovered at the residence.

### G. Interview of YAZZIE

16.  On February 27, 2023, YAZZIE was interviewed by Special Agent Jarrod Girod from FBI Salt Lake City, Utah Division Monticello RA. YAZZIE waived his *Miranda* rights and agreed to an interview. YAZZIE admitted to shooting and killing both C.Y. and John Doe and disposing of their bodies using C.Y.'s pickup truck. YAZZIE said the Stoeger 9mm pistol in his waistband was the murder weapon. YAZZIE said he had been drinking and was not in his right mind. YAZZIE mentioned that C.Y. had made statements about his drinking.

### III. Conclusion

17.  This Statement of Probable Cause was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. Based on the foregoing, your affiant believes there is probable cause that CHARLTON LEBRONE YAZZIE committed Count 1: Murder of Child, in violation of Title 18, United States Code, Sections 1153, 1111 & 3559(f) and Count 2: Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111.

18. Therefore, your affiant respectfully requests that an arrest warrant be issued for CHARLTON LEBRONE YAZZIE. YAZZIE is currently in FBI custody in the District of Utah.

19. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Brendan Jonathon James Morley
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically before me this 27th day of February 2023.

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.02.27 18:47:26 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

7